**REAL WORLD 101, LLC, Appellant,**

v.

**JC SOUTHPORT, LLC, Respondent.**

No. ED 103072

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: August 23, 2016

Rehearing Denied October 13, 2016

Elkin L. Kistner, Sean M. Elam, Carson H. Shipley, St. Louis, MO, for Appellant.

Justin A. Hardin, St. Louis, MO, for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

## ORDER

PER CURIAM

Plaintiff Real World 101, LLC ("Plaintiff") appeals from the trial court's Amended Judgment denying a prescriptive easement filed against its adjacent neighbor, JC Southport, LLC ("Defendant"), with whom Plaintiff shares a boundary line on paved property and accesses Plaintiff's parking area from Defendant's property and parking lot. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).